Craig B. Sanders, Esq. (284397)
Email: csanders@sanderslawpllc.com
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Telephone: (516) 203-7600
Facsimile: (516) 281-7601

Attorneys for Plaintiff
BWP Media USA Inc. and National Photo Group LLC
Our File No.: 103297

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP Media USA Inc. d/b/a Pacific Coast News, and National Photo Group, LLC<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>Shoptap, Inc.<br><br>　　　　Defendant. | Case No. 3:13-cv-04990-MEJ<br><br>~~PROPOSED~~ ORDER AND PLAINTIFFS' REQUEST TO ADJOURN THE INITIAL CASE MANAGEMENT CONFERENCE |

Plaintiffs, BWP Media USA Inc. and National Photo Group LLC (collectively, "BWP"), by and through its undersigned counsel, hereby request the Court to adjourn the deadlines of the October 28, 2013 Order Setting Initial Case Management Conference and ADR Deadlines for the Initial Case Management Conference, scheduled for January 23, 2014 at 10:00AM in Ctrm. B, 15th Floor, to Thursday, March 27, 2014 at the same time and location, for the following reasons.

The Case Schedule, filed on October 28, 2013, set a deadline for the parties to meet and confer, file an ADR Certification signed by Parties and Counsel, and file either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by January 2, 2014. *See* Docket No. 2. The Complaint in this case was filed on October 25, 2014. *See* Docket No. 1. Upon receipt of the Summons

and Complaint, Plaintiffs' counsel sent the Summons and Complaint to its process server to effectuate service on Defendant. However, at the present time, Defendant has not been served. Plaintiffs are currently trying to serve Defendant. For these reasons, Plaintiffs' counsel respectfully requests that the Court adjourn the deadlines set in its October 28, 2013 Order Setting Initial Case Management Conference and ADR Deadlines for the Initial Case Management Conference scheduled for January 23, 2014 to Thursday, March 27, 2014.

Dated: January 8, 2014

By: */s/ Craig B. Sanders*
Craig B. Sanders
*Attorney for Plaintiffs*
*BWP Media USA, Inc. and*
*National Photo Group LLC*

**IT IS SO ORDERED.**

DATED: __JANUARY 8, 2014__

_____
HON MARIA-ELENA JAMES
United States Magistrate Judge

THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO MARCH 27, 2014 AT 10:00 A.M., IN COURTROOM B, 15TH FLOOR. A JOINT CASE MANAGEMENT STATEMENT SHALL BE FILED BY MARCH 20, 2014, IF DEFENDANTS HAVE BEEN SERVED. IF DEFENDANTS HAVE NOT BEEN SERVED BY MARCH 27, 2014, THE PLAINTIFFS SHALL FILE A WRITTEN STATUS REPORT BY MARCH 20, 2014.