1 | CRAIG B. SANDERS, SBN 284397
SANDERS LAW, PLLC
2 | 100 Garden City Plaza, Suite 500
Garden City, NY 11530
3 | Telephone: (516) 203-7600
Facsimile: (516) 281-7601
4 | Email: csanders@sanderslawpllc.com

5 | Attorneys for Plaintiff
BWP Media USA Inc.
6 |
COLLEEN BAL, SBN 167637
7 | RIANA S. PFEFFERKORN, SBN 266817
WILSON SONSINI GOODRICH & ROSATI, P.C.
8 | One Market, Spear Tower, Suite 3300
San Francisco, CA 94105-1126
9 | Telephone: (415) 947-2000
Facsimile: (415) 947-2099
10 | Email: rpfefferkorn@wsgr.com

11 | Attorneys for Defendant
ShopTap, Inc.
12 |

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15 | SAN FRANCISCO DIVISION

16 | BWP MEDIA USA INC. d/b/a PACIFIC ) CASE NO.: 3:13-cv-04990-MEJ
COAST NEWS, )
17 | ) **STIPULATION TO EXTEND TIME**
Plaintiff, ) **TO RESPOND TO COMPLAINT**
18 | )
v. ) Complaint Filed: October 25, 2013
19 | )
SHOPTAP, INC., )
20 | )
Defendant. )
21 | )
)
22 | )
)
23 |

24 | WHEREAS, Plaintiff BWP Media USA Inc. d/b/a Pacific Coast News ("Plaintiff") filed

25 | the Complaint in this action on October 25, 2013 (Dkt. 1);

26 | WHEREAS, due to a miscommunication with Plaintiff's process server regarding the

27 | status of service on Defendant ShopTap, Inc. ("Defendant"), counsel for Plaintiff were under the

28 | mistaken belief that service had not yet been effected, and mistakenly informed the Court in

GRANTED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1  Plaintiff's request for adjournment of the Initial Conference, dated January 8, 2014 (Dkt. 5), and

2  counsel for Defendant that service had not yet been effected, when in fact Plaintiff now believes

3  that Defendant had been served on January 7, 2014;

4          WHEREAS, after resolving the miscommunication with their process server, Plaintiff's

5  counsel filed a return of service with the Court on March 4, 2014 (Dkt. 7);

6          WHEREAS, counsel for Defendant has requested from Plaintiff's counsel additional time

7  in which to answer or otherwise respond to the Complaint, and Plaintiff's counsel has agreed to

8  extend such time until April 17, 2014;

9          WHEREAS, an initial Case Management Conference is currently set for March 27, 2014;

10         WHEREAS, additional time to prepare for the initial Case Management Conference

11 would greatly aid the parties' ability to best present their respective positions and the status of

12 the case to the Court following Defendant's answer or other response to the Complaint;

13         IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that

14 1.  pursuant to Civil Local Rule 6-1(a), Defendant's deadline to answer or otherwise respond

15     to the Complaint is extended to April 17, 2014, and

16 2.  Plaintiff and Defendant respectfully request that the Court continue the initial Case

17     Management Conference to May 22, 2014.

18

19                                 Respectfully submitted,

20 Dated:  March 20, 2014           SANDERS LAW, PLLC

21                                 By: /s/ Craig B. Sanders
                                        Craig B. Sanders
22
                                   Attorneys for Plaintiff
23                                 BWP Media USA, Inc. d/b/a Pacific Coast News

24

25 Dated:  March 20, 2014           WILSON SONSINI GOODRICH & ROSATI, P.C.

26                                 By: /s/ Riana S. Pfefferkorn
                                        Riana S. Pfefferkorn
27
                                   Attorneys for Defendant
28                                 ShopTap, Inc.

1

2

3

4    **IT IS SO ORDERED.**

5    DATED: _____
                March 20, 2014
                                                  _____
6                                                 HON. MARIA ELENA JAMES
                                                  United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**<u>CERTIFICATION</u>**

2

I, Craig B. Sanders, am the ECF User whose identification and password are being used

3

to file the **Stipulation to Extend Time to Respond to Complaint**. In compliance with Local

4

Rule 5-1(i)(3), I hereby attest that Riana S. Pfefferkorn has concurred in this filing.

5

6

Dated:   March 20, 2014                           SANDERS LAW, PLLC

7

By: */s/ Craig B. Sanders*
                                                  Craig B. Sanders

8

9

Attorneys for Plaintiffs
BWP Media USA, Inc. and
National Photo Group, LLC

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28