1  CRAIG B. SANDERS, SBN 284397
   SANDERS LAW, PLLC
2  100 Garden City Plaza, Suite 500
   Garden City, NY 11530
3  Telephone:  (516) 203-7600
   Facsimile:   (516) 281-7601
4  Email:  csanders@sanderslawpllc.com

5  Attorneys for Plaintiff
   BWP Media USA Inc. and National Photo Group, LLC
6
   COLLEEN BAL, SBN 167637
7  RIANA S. PFEFFERKORN, SBN 266817
   WILSON SONSINI GOODRICH & ROSATI, P.C.
8  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105-1126
9  Telephone: (415) 947-2000
   Facsimile:   (415) 947-2099
10 Email:  rpfefferkorn@wsgr.com

11 Attorneys for Defendant
   ShopTap, Inc.
12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

16 | BWP MEDIA USA INC. d/b/a PACIFIC ) | CASE NO.: 3:13-cv-04990-SC
   | COAST NEWS, and NATIONAL PHOTO )
17 | GROUP, LLC,                    )  | **STIPULATION TO CONTINUE**
   |                                )  | **INITIAL CASE MANAGEMENT**
18 |         Plaintiffs,            )  | **CONFERENCE AND**
   |                                )  | ~~[PROPOSED]~~
19 |     v.                         )  | **ORDER**
   |                                )
20 | SHOPTAP, INC.,                 )  | Current Conf. Date: Aug. 8, 2014,
   |                                )  | 10:00 a.m.
21 |         Defendant.             )
   |                                )  | Proposed Conf. Date: Sept. ~~12~~ 19, 2014,
22 |                                )  | 10:00 a.m.
   |                                )
23                                     **IT IS SO ORDERED AS MODIFIED**

24     WHEREAS, an Initial Case Management Conference is currently set in this matter for

25 August 8, 2014 at 10:00 a.m. [Dkt. No. 26]; and

26     WHEREAS, Plaintiffs, BWP Media USA Inc. d/b/a Pacific Coast News and National

27 Photo Group, LLC and Defendant, Shoptap, Inc. (the "Parties") anticipate that this matter will be

28

1  resolved and the dismissal documents will be filed within 30 days, and therefore jointly request a

2  30-day continuance of the Initial Case Management Conference and related deadlines,

3    IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned

4  counsel, that the Initial Case Management Conference be continued to September ~~12~~ 19, 2014, at

5  10:00 a.m., or such other time as the Court may order, and that all related deadlines be continued

6  accordingly.

7

8          Respectfully submitted,

9  Dated:  July 23, 2014    SANDERS LAW, PLLC

10         By: */s/ Craig B. Sanders*
         Craig B. Sanders

11

12         Attorneys for Plaintiffs
        BWP Media USA, Inc. and National Photo Group, LLC

13

14 Dated:  July 23, 2014    WILSON SONSINI GOODRICH & ROSATI, P.C.

15         By: */s/ Riana S. Pfefferkorn*
         Riana S. Pfefferkorn

16

17         Attorneys for Defendant
        ShopTap, Inc.

18

19

20

21 **IT IS SO ORDERED.**

22 DATED: 07/24/2014

23        HON. [signature: Judge Samuel Conti]
        United...

24

25

26

27

28