1  CRAIG B. SANDERS, SBN 284397
   SANDERS LAW, PLLC
2  100 Garden City Plaza, Suite 500
   Garden City, NY 11530
3  Telephone: (516) 203-7600
   Facsimile: (516) 281-7601
4  Email: csanders@sanderslawpllc.com

5  Attorneys for Plaintiff
   BWP Media USA Inc. and National Photo Group, LLC
6
   COLLEEN BAL, SBN 167637
7  RIANA S. PFEFFERKORN, SBN 266817
   WILSON SONSINI GOODRICH & ROSATI, P.C.
8  One Market, Spear Tower, Suite 3300
   San Francisco, CA 94105-1126
9  Telephone: (415) 947-2000
   Facsimile: (415) 947-2099
10 Email: rpfefferkorn@wsgr.com

11 Attorneys for Defendant
   ShopTap, Inc.
12

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16 | BWP MEDIA USA INC. d/b/a PACIFIC ) | CASE NO.: 3:13-cv-04990-SC
   | COAST NEWS, and NATIONAL PHOTO  )
17 | GROUP, LLC,                      ) | **STIPULATION OF VOLUNTARY**
   |                                  ) | **DISMISSAL WITH PREJUDICE**
18 |         Plaintiffs,              ) | **(FRCP 41(a)(1)(A)(ii))**
   |                                  )
19 |    v.                            )
   |                                  )
20 | SHOPTAP, INC.,                   ) | **HON. SAMUEL CONTI**
   |                                  )
21 |         Defendant.               )
   |                                  )
22 |                                  )
   |_____)
23

24     IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

25 for Plaintiffs, BWP Media USA Inc. d/b/a Pacific Coast News and National Photo Group, LLC,

26 (collectively "Plaintiffs"), and Defendant, Shoptap, Inc. ("Defendant"), that all claims asserted

27 by Plaintiffs against Defendant in the above-captioned action are dismissed *with prejudice*

28 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

2                      Respectfully submitted,

3 Dated: August 1, 2014      SANDERS LAW, PLLC

4                      By: */s/ Craig B. Sanders*

5                           Craig B. Sanders

6                      Attorneys for Plaintiffs
BWP Media USA, Inc. and National Photo Group, LLC

7

8 Dated: August 1, 2014      WILSON SONSINI GOODRICH & ROSATI, P.C.

9                      By: */s/ Riana S. Pfefferkorn*

10                          Riana S. Pfefferkorn

11                      Attorneys for Defendant
ShopTap, Inc.

12

13

14

15 **IT IS SO ORDERED.**

16 DATED: 08/01/2014

17

[Seal of United States District Court, Northern District of California — signed by Judge Samuel Conti]

---

CASE NO. 3:13-cv-04990-SC      - 2 -      STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))